Justin F. Madden, for relator.

———

NASAL, PROS. ATTY., APPELLANT, v. DOVER, APPELLEE.

[Cite as *Nasal v. Dover,* 117 Ohio St.3d 531, 2008-Ohio-1592.]

(Nos. 2006–2220 and 2006–2311—Submitted March 12, 2008—Decided April 9, 2008.)

———

{¶ 1} The certified question is answered in the affirmative and the judgment of the court of appeals is affirmed on the authority of *Hyle v. Porter,* 117 Ohio St.3d 165, 2008-Ohio-542, 882 N.E.2d 899.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, LANZINGER, and CUPP, JJ., concur.

O'DONNELL, J., dissents.

———

Gary A. Nasal, Miami County Prosecuting Attorney, and James R. Dicks Jr., Assistant Prosecuting Attorney, for appellant.

Marc Dann, Attorney General, Stephen P. Carney, Deputy Solicitor, and Frank M. Strigari, Assistant Attorney General, urging reversal for amicus curiae Attorney General of Ohio.